CLARK and Wife *v.* McDONALD and Others.

BACON
v.
DENNY.

ERROR to the *Clark* Circuit Court.

*Per Curiam.*—The decree is affirmed. See the case of Saturday, December 31.
*Hand* v. *Taylor*, *ante*, p. 409.

C. *Dewey*, for the plaintiffs.

J. G. *Marshall* and R. *Crawford*, for the defendants.

---

EASTES *v.* DAUBENSPECK.

A bill of exceptions, which does not appear to have been signed by a judge, cannot be noticed.

ERROR to the *Hamilton* Circuit Court.

Saturday, December 31.

*Per Curiam.*—The bill of exceptions in this case, or what purports to be such, does not appear to be signed by any judge. The errors complained of arise upon no other part of the record.

We cannot take any notice of the contents of the alleged bill of exceptions in the absence of the authentication of a judge's signature.

The judgment is affirmed, with 10 per cent. damages and costs.

T. D. and R. L. *Walpole*, for the plaintiff.

S. *Yandes*, for the defendant.

---

BACON and Others *v.* DENNY, Administrator, and Others.

ERROR to the *Vigo* Probate Court.

Saturday, December 31.

*Per Curiam.*—The judgment is affirmed with costs.

W. D. *Griswold*, for the plaintiffs.

J. P. *Usher*, for the defendants.